**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

SAHAB SINGH,                            )
                                        )
            Petitioner,                 )
                                        )
v.                                      )        Case No. CIV-26-1113-R
                                        )
SCARLET GRANT, et al.,                  )
                                        )
            Respondents.                )

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell, entered on June 1, 2026 [Doc. No. 12]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of Judge Mitchell is ADOPTED in its entirety and Petitioner's Emergency Motion for Temporary Restraining Order and Request for Immediate Release [Doc. No. 7] is DENIED.

IT IS SO ORDERED this 23rd day of June, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE